**Theodore PETTIES, Plaintiff–Appellant,**

v.

**UNITED STATES POSTAL SERVICE, Defendant–Appellee.**

**Docket No. 01–6047.**

United States Court of Appeals,
Second Circuit.

Dec. 3, 2001.

Theodore Petties, Jamaica, NY, pro se.

Kathleen A. Nandan, Ass't U.S. Att'y, EDNY, Brooklyn, NY, for appellee.

Present KEARSE, and KATZMANN, Circuit Judges.*

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the Eastern District of New York, and was argued by plaintiff *pro se* and by counsel for defendant.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District

---

* The Honorable Guido Calabresi, who was originally a member of the panel, recused himself; the appeal is being decided by the remaining two members of the panel, who are in agreement. *See* Local Rule § 0.14.

Court be and it hereby is affirmed substantially for the reasons stated in Judge Amon's Memorandum and Order dated January 17, 2001.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.